CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
04/16/2020

JULIA C. DUDLEY, CLERK
BY: /s/ A. Beeson
     DEPUTY CLERK

PROB 22
(Rev 2/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBER (Tran. Court)
3:07CR00001-001

DOCKET NUMBER (Rec. Court)
3:20CR00032-1

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Kevin Alfred Strom<br><br>Erie, PA | Western District of Virginia | Charlottesville |
| | NAME OF SENTENCING JUDGE | |
| | Norman K. Moon | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 9/3/2008 — TO 9/2/2023 |

**OFFENSE**
Possession of child pornography, 18:2252A(a)(5)(B) and 2252A(b)(2)

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF VIRGINIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Western District of Pennsylvania upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

April 13, 2020
Date

/s/ Norman K. Moon
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Effective Date

United States District Judge

A TRUE COPY, TESTE:
JULIA C. DUDLEY, CLERK
BY: /s/ A. Beeson
DEPUTY CLERK