PROB 12B
(PAWP 4/16)

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF PENNSYLVANIA

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Offender: | Kevin Alfred Strom          Docket No.: 3:20CR00032 |
| Sentencing Judge: | Norman K. Moon, United States District Judge, Western District of Virginia (Charlottesville) |
| Assigned Judge: | Kim R. Gibson, United States District Judge, Western District of Pennsylvania |
| Date of Original Sentence: | April 21, 2008 |
| Original Offense: | Possession of Child Pornography, in violation of 18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2), a Class C Felony |
| Original Sentence: | 23 months' imprisonment; 15 years' supervised release |
| Special conditions: | Special Assessment, Sex Offender Registration, Mental Health Treatment, Sex Offender Treatment, Search/Seizure, No Contact with Victim, No Contact with Minors, No Possession of Child Pornographic Materials, No Possession of Pornographic Materials, Computer Search, Other Condition, Employment Requirements/Restrictions, Supervision Level High |
| Type of Supervision: | Supervised Release          Date Supervision Commenced: September 3, 2008 |
| Prior Court History: | 04/14/20: Jurisdiction accepted by the Western District of Pennsylvania |

## PETITIONING THE COURT

☒ To modify the special conditions of supervision as follows (consistent with the Western District of Pennsylvania's sex offense specific conditions):

1. The defendant is permitted to possess or use a computer and is allowed access to the Internet. However, the defendant is not permitted to use a computer, or other electronic communication or data storage devices, including a cell phone, to access child pornography or to communicate with any individual or group for the purpose of promoting sexual relations with children. The defendant shall consent to the installation of any hardware or software to monitor any computer, or other electronic communication or data storage devices used by the defendant to confirm compliance with this condition. The defendant shall pay the monitoring costs as directed by the probation or pretrial services officer. Furthermore, the defendant shall consent to periodic unannounced examinations by the probation or pretrial services officer of any computers, cell phones, or other electronic communication or data storage devices that the defendant has access to, to confirm compliance with this condition. Additionally, the defendant shall consent to the seizure and removal of hardware and data storage media for further analysis by the probation or pretrial services officer, based upon reasonable suspicion of a violation of the conditions imposed in this case, or based upon reasonable suspicion of unlawful conduct by the defendant. Failure to submit to the monitoring or search of computers and other electronic communication or data storage devices used by the defendant may be grounds for revocation.

2. If the defendant's employment requires the use of a computer, the defendant may use a computer in connection with the employment approved by the probation or pretrial services officer, provided the defendant notifies their employer of the nature of the conviction or charge. The probation or pretrial services officer shall confirm compliance with this notification requirement.

3. The defendant shall provide the U.S. Probation Office with accurate information about the defendant's entire computer system (hardware or software) and other electronic communication or data storage devices or media to include all

Offender: Kevin Alfred Strom
Docket No.: 3:20CR00032
Page 2

    passwords used and the name of the Internet Service Provider(s). The defendant also shall abide by the provisions of the Computer Restrictions and Monitoring Program approved by the Court.

4. The defendant shall submit his person, property, house, residence, vehicle, papers, business or place of employment, to a search, conducted by a United States probation or pretrial services officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall inform any other residents that the premises may be subject to searches pursuant to this condition.

5. The defendant shall not possess or access with intent to view any materials, including pictures, photographs, books, writings drawings, videos, or video games depicting and/or describing child pornography as defined at 18 U.S.C. § 2256(8), or obscene visual representations of the sexual abuse of children as defined at 18 U.S.C. § 1466A.

6. The defendant shall not possess any materials, including pictures, photographs, books, writings drawings, videos, or video games depicting and/or describing sexually explicit conduct as defined at 18 U.S.C. § 2256(2).

7. With the exception of brief, unanticipated, and incidental contacts, to include the defendant's place of employment and/or volunteer activity, the defendant shall not associate with children under the age of 18, except for immediate family members, unless in the presence of an adult who has been approved by the probation officer.

8. The defendant shall participate in a mental health and/or sex offender treatment program, approved by the probation officer, until such time as the defendant is released from the program by the Court. The defendant shall abide by all program rules, requirements, and conditions of the sex offender treatment program, including submission to polygraph testing; said testing shall continue throughout the term of supervision in order to monitor and ensure compliance with the conditions of supervision. Further, the defendant shall be required to contribute to the costs of services for any such treatment in an amount determined by the probation officer, but not to exceed the actual cost. The Probation Office is authorized to release the defendant's presentence report to the treatment provider if so requested.

9. As required by 18 U.S.C. §§ 3563 (a) (8) and 3583 (d), and the Sex Offender Registration and Notification Act (SORNA, 42 U.S.C. §16901 et seq.), the defendant shall report the address where he will reside and any subsequent change of residence to the probation officer responsible for defendant's supervision, and further shall register as a convicted sex offender in any state where he resides, is employed, carries on a vocation, or is a student.

## CAUSE

The defendant was sentenced in the Western District of Virginia, wherein special conditions of supervision were imposed. This officer recommends that the special conditions as stated above be modified (and take the place of the previously ordered special conditions) to be consist with the Western District of Pennsylvania's sex offense specific conditions. The defendant signed the attached modification agreeing with the recommendation.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully Submitted,

By: *Danylle M. Ford* (Danylle M. Ford 2020.12.08 12:56:18 -05'00')

Danylle Ford
U.S. Probation Officer

Approved By: *Alexis L. Zellefrow* (2020.12.08 12:43:56 -05'00')

Alexis L. Zellefrow
Supervisory U.S. Probation Officer

Offender: Kevin Alfred Strom
Docket No.: 3:20CR00032
Page 3

Date: _____12/8/2020_____

**THE COURT ORDERS:**
☐ No Action
☐ The extension of supervision as noted above.
☒ The modification of conditions as noted above
☐ Other

_____*Kim R. Gibson* (signature)_____
Kim R. Gibson, United States District Judge

_____December 8, 2020_____
Date